**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Dexter SC Farlough,

              Plaintiff,

   v.

Henderson Police Department, et al.,

              Defendants.

Case No. 2:25-cv-00438-RFB-BNW

**ORDER and REPORT AND RECOMMENDATION**

Presently before this Court is Plaintiff's motion for an entry of default judgment. ECF No. 17.

**I.    ANALYSIS**

Under Rule 55 of the Federal Rules of Civil Procedure, default judgment is a two-step process. *See* Fed. R. Civ. P. 55; *see also Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). Prior to entry of default judgment, there must be an entry of default. *See* Fed. R. Civ. P. 55. Upon entry of default, the factual allegations of the complaint, save for those concerning damages, are deemed to have been admitted by the defaulting party. Fed. R. Civ. P. 8(b)(6); *see Geddes v. United Fin. Grp*., 559 F.2d 557, 560 (9th Cir. 1977).

In this case, no entry of default has been entered. And for good reason, as Defendant Norton has not been served.

This Court previously ordered the following:

IT IS FURTHER ORDERED that Plaintiff shall have until April 6, 2026, to send the U.S. Marshal the required Form USM-285. Within twenty-one days after receiving a copy of the Form USM-285 back from the U.S. Marshal showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Defendant Norton was served. If Plaintiff wishes to have service again attempted on an unserved defendant, Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said Defendant or whether some other manner of service should be attempted

ECF No. 10.

//

//

## II.    CONCLUSION

**IT IS RECOMMENDED** that Plaintiff's motion for entry of default judgment (ECF No. 17) be **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until May 29, 2026, to file a motion in compliance with this Court's prior order if he wishes to attempt re-service on Defendant Norton.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 11, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE